UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| BOBBY TURKINGTON, | ) |
| Petitioner, | ) |
| v. | )  No. 4:13CV1897 SPM |
| JEFF NORMAN, | ) |
| Respondent. | ) |

## MEMORANDUM AND ORDER

This matter is before the Court on petitioner's petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254. The petition is defective because it contains the full names of minor children. The Local Rules of this Court require that the full names of minor children be redacted and that only the initials of minors be listed in a filing. E.D. Mo. L.R. 5-2.17(A)(2). As a result, the Court will order the Clerk to place the petition under seal. Furthermore, the Court will return the petition to petitioner, and petitioner will be required to redact the full names of any minor children and replace them with the children's initials. Failure to comply with this Order will result in the dismissal of this action without prejudice.

Accordingly,

**IT IS HEREBY ORDERED** that the Clerk shall place the petition [ECF No. 1] under seal.

**IT IS FURTHER ORDERED** that the Clerk shall return the petition to petitioner.

**IT IS FURTHER ORDERED** that petitioner shall redact the names of any minor children listed in the petition as directed in this Order and return the petition to the Court within fourteen (14) days of the date of this Order.

**IT IS FURTHER ORDERED** that if petitioner fails to comply with this Order, this action will be dismissed without prejudice.

Dated this ___25th___ day of September, 2013.

/s/Shirley Padmore Mensah
SHIRLEY PADMORE MENSAH
UNITED STATES MAGISTRATE JUDGE